UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TAMIKA HAMS,<br><br>             Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA, N.A.<br>FORMALLY DOING BUSINESS<br>AS COUNTRYWIDE HOME<br>LOANS; QUALITY LOAN<br>SERVICE CORP; AND DOES 1<br>THROUGH 50 INCLUSIVE,<br><br>             Defendants. | Case No. EDCV 11-01410 VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE as to Defendant Bank of America, N.A. The Court orders that such judgment be entered.

Dated:  October 19, 2011

_____
VIRGINIA A. PHILLIPS
United States District Judge