**PRIORITY SEND**
JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 11-01410 VAP (OPx)                    Date:  February 23, 2012

Title:     TAMIKA HAMS -v- BANK OF AMERICA, N.A., et al.
================================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

       Marva Dillard                                None Present
       Courtroom Deputy                             Court Reporter

ATTORNEYS PRESENT FOR                 ATTORNEYS PRESENT FOR
PLAINTIFFS:                           DEFENDANTS:

       None                                  None

PROCEEDINGS:       MINUTE ORDER DISMISSING COMPLAINT FOR FAILURE
                   TO PROSECUTE (IN CHAMBERS)

     On October 19, 2011, the Court ordered Plaintiff Tamika Hams to serve process on the sole remaining Defendant in this case, Quality Loan Service Corporation, and to file proof of service with the Court no later than January 4, 2012. Plaintiff filed no proof of service.  As Plaintiff failed to prosecute this matter, pursuant to Federal Rule of Civil Procedure 4(m), the Court DISMISSES Plaintiff's Complaint WITHOUT PREJUDICE.

     **IT IS SO ORDERED.**